Curtis J. Terry
                      Plaintiff,

v.                                             Case No.: 1:12−cv−07395
                                                    Honorable John W. Darrah

BNSF Railway
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 12, 2013:

      MINUTE entry before the Honorable Daniel G. Martin: Status hearing held and continued to 3/6/2014 at 9:30 a.m. Defendant plans to produce outstanding documents by 12/18/2013. Depositions of the three Texas−based BNSF employees are being scheduled for February 2014. Defendant's Motion for Protective Order [36] is granted. Enter Protective Order. No appearance is required on 12/17/2013. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.